O

# United States District Court
# Central District of California

| | |
|---|---|
| SANDI RUSH,<br><br>            Plaintiff,<br><br>      v.<br><br>TOYS 'R' US – DELAWARE, INC. et al.,<br><br>            Defendants. | Case No. 2:12-cv-04139-ODW-DTB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT [34]** |

Before the Court is Plaintiff's Motion for Reconsideration of the Court's June 26, 2015, Order To File Amended Complaint. (ECF No. 34.) In its Order, the Court advised Plaintiff to include the dates of transactions or occurrences giving rise to the allegations, and Plaintiff's Motion solely seeks reconsideration of that advisement. (*Id.* at 2, 3.) Because the June 26 Order did not require, but only advised, Plaintiff to plead the dates of the transactions or occurrences, the Court **DENIES** Plaintiff's Motion as **MOOT**. Plaintiff shall file an Amended Complaint, consistent with the June 26 Order, no later than **July 31, 2015**.

**IT IS SO ORDERED.**

July 27, 2015                 _____
                                         **OTIS D. WRIGHT, II**
                                 **UNITED STATES DISTRICT JUDGE**